AUSA:   Andrew Picek          Telephone:  (313) 226-9652
Task Force Officer:   Theodore Copley, ATF          Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

12

United States of America
    v.

Leica Lopez Martinez

Case: **2:25-mj-30604**
Assigned To : **Unassigned**
Assign. Date : **9/23/2025**
Description: **USA v. SEALED (MC)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  <u>August 31, 2025 to about September 1, 2025</u>  in the counties of <u>Wayne and Oakland</u>  in the
<u>Eastern</u>  District of  <u>Michigan</u> , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(c) | Conspiracy to Commit Kidnapping |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Theodore Copley, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  September 23, 2025

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

Case: **2:25−mj−30604**
Assigned To : **Unassigned**
Assign. Date : **9/23/2025**
Description: **USA v. SEALED (MC)**

**AFFIDAVIT**

I, Theodore L. Copley, being duly sworn, depose and state the following:

## I.    INTRODUCTION

1.    I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since March of 2023. As a Task Force Officer with ATF, I am authorized to investigate violations of the laws of the United States, and I have been involved with numerous criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. I am also a Certified Fire Investigator/Lieutenant with the Detroit Fire Department (DFD), where I have been assigned to the Fire Investigation Unit/Detroit Arson Task Force since 2015.

2.    As an ATF Task Force Officer, I have completed the Task Force Officer Training Program, where I received training in the investigation of federal crimes involving firearms, narcotics, arson, and explosives. I am currently assigned to the ATF Detroit Field Division – Group III and am primarily responsible for the investigation of arson and violent crime. I currently hold the designations of Certified Fire Investigator (CFI) and Certified Evidence Collection Technician (ECT) through the International Association of Arson Investigators (IAAI), and

Certified Fire and Explosion Investigator (CFEI) through the National Association

of Fire Investigators (NAFI). Additionally, I am a Michigan Commission on Law

Enforcement Standards (MCOLS) Certified Police Officer with the City of Detroit.

I have attended many trainings pertaining to fire investigation as well as other

criminal investigation tactics. I have attended many trainings pertaining to fire

investigation, and I have participated in numerous arrest and seizure warrants

involving a variety of offenses, including violations pertaining to homicide, arsons,

and many other crimes. I have personally reviewed reports and documentation,

observed scene photographs, and have had conversations with employees at the

ATF and other law enforcement agencies in regard to the offenses referred to

below. I am familiar with the facts and circumstances of this investigation.

3. The ATF is currently conducting a criminal investigation concerning

Leica LOPEZ MARTINEZ (DOB: XX/XX/1993) and other co-conspirators, for

violating 18 U.S.C. § 1201(c) (conspiracy to commit kidnapping).

## II.    PROBABLE CAUSE

4. On September 1, 2025, Detroit Police began investigating a reported

kidnapping and home invasion that occurred at multiple locations in Detroit. The

investigation started when Detroit Police responded to a reported home invasion in

Southwest Detroit, at Victim 1 and Victim 2's home, where Victim 2 reported two

armed individuals entered her home, pointed a gun at her, tied her up, and stole a

safe. Detroit Police also responded to a vehicle fire on the east side of Detroit, where Victim 1 was found tied up on the ground near his GMC Yukon Denali that was engulfed in flames.

5.      Victim 1 reported to Detroit Police that he was robbed at gunpoint, tied up in the back of his own vehicle, and driven to multiple locations, including ATMs, where the suspects attempted to and/or withdrew money from his accounts. Victim 1 also reported he was driven to his home to steal a safe. At his home, the suspects entered the home, tied up the victim's wife, Victim 2, and stole a safe. Later, Victim 1 was left on the ground tied up by his vehicle and his vehicle set on fire.

6.      After subsequent interviews with Victim 1, law enforcement learned that Victim 1 initially picked up a female, (Suspect 1), later identified as Leica LOPEZ MARTINEZ, on Vernor Ave., Detroit, Michigan. Victim 1 reported that the female approached him as he backed into a parking space near his home and told him that her car had just been taken. Victim 1 agreed to give her a ride and she got into his car.

7.      Victim 1 stated he drove Suspect 1 to the area of Filer Ave. on the east side of Detroit. Suspect 1 used GPS to tell Victim 1 where to turn. Victim 1 then parked on Filer Ave.

8.     After parking on Filer Ave., Victim 1 reported that additional male and female suspects appeared and held him at gunpoint, bound his hands and feet, and placed a shirt over his head. The additional suspects demanded "money or they would kill his wife." Victim 1 stated the suspects then threw him into the back of the GMC Yukon. The unknown suspects took his cellular phone, keys to his home, his Bank of America Card, and possibly his Cash App Card.

9.     Suspect 1 and the other suspects then drove Victim 1 to multiple locations, including his home. Victim 1 also reported that he believed a white Honda or Mazda was following the GMC Yukon during the incident.

10.     Victim 1's wife, Victim 2, reported that at approximately 4:00 am, she woke up to find that Victim 1 was gone. Victim 2 tried to contact Victim 1 with no response and waited for him to return home. At approximately 5:00 am, two suspects, described by Victim 2 as male and female, entered the apartment wearing masks and holding handguns. The suspects asked Victim 2, "Where is the money?" The male grabbed the safe, while the female held Victim 2 at gunpoint. The suspects tied and bound Victim 2's extremities and fled the apartment. Victim 2 was able to get to a neighbor's apartment, where the police were called.

11.     At approximately 6:25 a.m., the Detroit Fire Department responded to a vehicle fire near Filer Avenue. Upon arrival, DFD found an active vehicle fire

and Victim 1 bound and tied feet away from the vehicle. Victim 1 was freed from the restraints, transported to a hospital, and interviewed.

12.     ATF Agents and other law enforcement reviewed bank records, surveillance video, License Plate Reader information, and other records relevant to the investigation. The review of the video evidence showed that prior to the meeting with Victim 1, Suspect 1, Leica LOPEZ MARTINEZ, was driving a white Mazda bearing South Carolina License Plate 389BSZ. At approximately 1:35 am on September 1, 2025, she stopped at a gas station at 18300 Morang in Detroit and went inside.

*LOPEZ MARTINEZ in the Mazda at the gas station:*



*LOPEZ MARTINEZ inside the gas station purchasing items:*



13.    Around 3:05 a.m., video surveillance near Victim's 1 home shows

LOPEZ MARTINEZ getting into the passenger seat of Victim 1's 2018 GMC

Yukon Denali, and Victim 1 driving away. Shortly after driving away, a white

Mazda was seen on video turning on its headlights and following the GMC Yukon.

14.    A query of license plate readers (LPRs) revealed that a white Mazda

bearing South Carolina License Plate 389BSZ was observed at 3:18 a.m. at the I-

94 Eastbound ramp at Livernois, a short distance away from where Suspect 1

initially entered Victim 1's vehicle.

15.    The same white Mazda vehicle was observed again on LPRs at 3:25

a.m., driving northbound on E. Davison at E. McNichols, a short distance from

where Victim 1 reported he parked on Filer Ave., consistent with the Mazda

following the Yukon from the initial scene on Vernor Ave. to where the armed

robbery and kidnapping took place on Filer Ave.

16.     Law enforcement queried the license plate for the white Mazda and found it to be registered to EAN Holdings (Enterprise), as a rental vehicle. Enterprise provided records showing the vehicle was rented to Person A, with a secondary driver listed as Leica LOPEZ MARTINEZ, DOB XX/XX/1993, and a phone number provided for LOPEZ MARTINEZ.

17.     Surveillance video also shows Victim 1's GMC Yukon return near his residence at approximately 4:53 am. Two suspects got out of the vehicle and entered the building where Victim 1 resided. Minutes later, the two suspects exited the building carrying what appears to be a safe, and re-entered Victim 1's GMC Yukon.

18.     Victim 1 reported he believed some of the stops during the kidnapping were at ATMs. Victim 1 overheard conversations between the unknown suspects and he was asked for his Bank of America PIN.

19.     Victim 1's bank records showed that a $1,000 withdrawal from a Bank of America ATM on Gratiot Ave. in Detroit at approximately 5:45 am, while Victim 1 was still tied up in the back of the GMC Yukon. The withdrawal was made by LOPEZ MARTINEZ driving Victim 1's black GMC Yukon.

20.     Records obtained from Cash App show that at 10:54 a.m., $4,396.90 was fraudulently transferred from Victim 1's Cash App account to another suspect in this investigation. At 10:57 a.m., that suspect then transferred $3,437.62 to a

third suspect in this investigation. I know from these records that these transfers necessarily used the internet, which is a means, facility, or instrumentality of interstate and foreign commerce.

21.     I know from speaking to other agents with experience investigating financial crimes involving accounts with Bank of America that the withdrawal of funds from a Bank of America bank account at a Bank of America ATM in the Eastern District of Michigan involves the transmission of electronic signals via the internet, which is a means, facility, or instrumentality of interstate commerce, through one of Bank of America's two data centers, which are located in Virginia and Colorado, and from those data centers to banks and/or ATMs located in the Eastern District of Michigan.



22.     Based upon her name being associated to the rental vehicle, members of the Detroit Arson Task Force researched LOPEZ MARTINEZ's social media accounts. They located accounts that appeared to be used by LOPEZ MARTINEZ and found a photograph of LOPEZ MARTINEZ wearing a shirt like the one worn by the suspect. Based upon a comparison of other photos of LOPEZ MARTINEZ from her social media accounts and the surveillance from the gas station prior to the kidnapping and ATM transaction during the kidnapping, there are multiple similarities that lead me to conclude that LOPEZ MARTINEZ is Suspect 1.



*Left: ATM footage; Right: Photo posted to LOPEZ MARTINEZ's social media account.*

23.     Agents obtained federal search warrants for historical location data associated with the phone number LOPEZ MARTINEZ used in connection with

the rental of the white Mazda. The records showed the phone was in LOPEZ MARTINEZ's name and registered to her known address. The location data is also consistent with LOPEZ MARTINEZ participating in the kidnapping of Victim 1.

24. The historical location data for LOPEZ MARTINEZ's cell phone on August 31, 2025, and September 1, 2025, shows LOPEZ MARTINEZ near Victim 1's residence around 9:45 p.m. – 10:30 p.m. on August 31, 2025. Agents reviewed surveillance video and observed LOPEZ MARTINEZ in the white Mazda stop inside a liquor store near Victim 1's residence. At least two other occupants were seen getting out of the white Mazda at that time.

25. Around 11:36 p.m., LOPEZ MARTINEZ's phone location had returned near her residence in Orion Township, Michigan. On September 1, 2025, at 1:33 a.m., LOPEZ MARTINEZ's phone location showed her near the gas station at 18300 Morang in Detroit, where she was seen on video driving the Mazda shortly before meeting Victim 1. At 1:58 a.m., her phone was again located near Victim 1's residence, about an hour before she got into Victim 1's Yukon.

## III. CONCLUSION

26. Probable cause exists to believe that Leica LOPEZ MARTINEZ, with one or more others, conspired to unlawfully seize, confine, kidnap, abduct, and carry away and hold for ransom or reward or otherwise Person 1, using any means, facility, or instrumentality of interstate or foreign commerce in committing or in

furtherance of the commission of the offense, and did any overt act to effect the object of that conspiracy, in violation of 18 U.S.C. § 1201(c).  This violation occurred from on or about August 31, 2025, to on or about September 1, 2025, in Detroit, in the Eastern District of Michigan.

Respectfully submitted,

Theodore L. Copley, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated:    September 23, 2025